# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIO MONTENEGRO,<br><br>        Plaintiff.<br><br>v.<br><br>ROSELAND COMMUNITY HOSPITAL ASSOCIATION,<br><br>        Defendant. | Case No. 23-cv-02888<br><br>Judge John F. Kness |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Elio Montenegro ("Plaintiff") and Defendant, Roseland Community Hospital Association ("Defendant") by their respective attorneys, stipulate and agree that all of Plaintiff's remaining claims in the above-captioned action shall be dismissed with prejudice and without attorneys' fees or costs to any party.

Dated: November 14, 2024.

AGREED TO:

| PLAINTIFF ELIO MONTENEGRO | DEFENDANT ROSELAND COMMUNITY HOSPITAL ASSOCIATION |
|---|---|
| By: _Robert M. Andalman_____<br>*One of His Attorneys*<br>Robert M. Andalman<br>Rachel Blackburn<br>A&G LAW, LLC<br>542 S. Dearborn St., 10th Floor<br>Chicago, Illinois 60605<br>randalman@aandglaw.com<br>rblackburn@aandglaw.com | By:_Kimberly E. Blair_____<br>*One of Their Attorneys*<br>Kimberly E. Blair<br>Courtney L. Wood<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>55 W. Monroe St., Suite 3800<br>Chicago, Illinois 60603<br>kimberly.blair@wilsonelser.com<br>courtney.wood@wilsonelser.com |